# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA
# GREENVILLE DIVISION

| | |
|---|---|
| NELSON PATZ,<br><br>      Plaintiff,<br><br>v.<br><br>UTILITY SOFTWARE OF AMERICA, INC.<br>UTILITY PARTNERS OF AMERICA, INC.,<br>UTILITY PARTNERS OF AMERICA, LLC,<br>UPA ACQUISITION CO., LLC, AND MICHAEL CALE,<br>      Defendants. | Civil Action No.: 6:10-1149-MGL<br><br><br>**ORDER** |

In the Amended Complaint, Plaintiff purported to bring both individual claims on his own behalf, and derivative claims on behalf of Utility Software of America, Inc. Pursuant to *Fed. R. Civ. P.* 23.1(c), the Court hereby approves the settlement of this action. Accordingly, good cause appearing, it is hereby **ORDERED** that this action is hereby dismissed <u>with prejudice</u>, and without costs. The Clerk shall close the file.

  **IT SO ORDERED.**

                   <u>/s/Mary G. Lewis</u>
                   United States District Judge

September 4, 2013
Spartanburg, South Carolina